[No. 31923-0-I.    Division One.    April 24, 1995.]

THE STATE OF WASHINGTON, *Appellant*, v. BRETT RAYMOND CHAUSSEE, *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 92-1-00937-1, Faith Enyeart Ireland, J., entered November 13 and 18, 1992. Appeal *dismissed* by unpublished opinion per Cox, J., concurred in by Baker, A.C.J., and Grosse, J. Now published at 77 Wn. App. 803.

[No. 31344-4-I.    Division One.    April 24, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD DEAN BERGSTROM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-06539-6, Joan E. DuBuque, J., entered August 14, 1992. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Webster and Becker, JJ.

[No. 31599-4-I.    Division One.    April 24, 1995.]

WANITA REED MORRIS, ET AL, *Appellants*, v. MICHAEL ANTHONY STROZIER, ET AL, *Respondents*.

Appeal from judgments of the Superior Court for King County, Nos. 89-2-25355-1, 92-2-07644-6, Dale B. Ramerman, J., entered March 7, 1991, August 28 and September 18, 1992. *Affirmed in part* and *reversed in part* by unpublished opinion per Coleman, J., concurred in by Becker and Cox, JJ.